# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                 PLAINTIFF

v.                CASE NO. 4:19-CR-0551-BSM

ADAM SCOTT McKIM                                       DEFENDANT

## ORDER

Adam Scott McKim's motion to vacate his judgment [Doc. No. 60] is denied. McKim argues that section 922(g)(1), which bars felons from possessing firearms, is unconstitutional as applied to him because his predicate offense was non-violent. Section 922(g)(1), however, does apply to cases in which the predicate offense was non-violent. *See United States v. Jackson*, 110 F.4th 1120, 1125 (8th Cir. 2024) (section 922(g)(1) is constitutional even when applied to non-violent offenders).

IT IS SO ORDERED this 23rd day of July, 2025.

                                                                      *[signature: Brian S. Miller]*
                                                                    UNITED STATES DISTRICT JUDGE